# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00321-CR

**Ex parte Rodgy Lee Nesby**

**FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
NO. 9322E, HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Rodgy Lee Nesby has filed in this Court a pro se notice of appeal from the dismissal by the Texas Court of Criminal Appeals of Nesby's most recent application for writ of habeas corpus. Nesby has now filed a motion to dismiss the appeal. We grant the motion and dismiss the appeal.[1]

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Appellant's Motion

Filed: June 25, 2014

Do Not Publish

_____

[1] The State has filed a motion to dismiss the appeal for want of jurisdiction. We dismiss that motion as moot.